United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXAS INSURANCE COMPANY, A CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD GREAT OAKS, LP, et al.,<br><br>Defendants. | Case No.  24-cv-03496-JSC<br><br>**ORDER TO SHOW CAUSE RE: DIVERSITY JURISDICTION** |

Plaintiff sues Defendants for claims arising from a coverage dispute.  (Dkt. No. 1.)[1] Plaintiff asserts federal subject matter jurisdiction based on diversity.  (*Id*. ¶ 6.)  Defendants Fairfield Great Oaks and Fairfield Development are limited partnerships, and Defendant Fairfield Residential Company is a limited liability company.  (*Id*. ¶¶ 2-4.)  Limited partnerships and limited liability companies are "citizen[s] of every state of which its owners/members are citizens."  *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Plaintiff fails to properly allege diversity jurisdiction because Plaintiff fails to allege the citizenship of each of the "owners/members" of Defendants.  *Id*.

Accordingly, on or before July 15, 2024, Plaintiff shall make a supplemental filing setting forth the citizenship of each of Defendants' members.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) ("Federal courts are courts of limited jurisdiction. . . .  It is to be presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction." (cleaned up)); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010) ("Courts have an independent obligation to determine whether subject-

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

matter jurisdiction exists, even when no party challenges it.").

**IT IS SO ORDERED.**

Dated: July 1, 2024

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2