| | |
|---|---|
| 1 | Your name: KIM W. WEST, State Bar No. 78553  / ALEC H. BOYD, State Bar No. 161325 |
| 2 | Address: CLYDE & CO US LLP |
| 3 | 355 S. Grand Avenue, 1400, Los Angeles, CA 90071 |
| 4 | Phone Number: (213) 358-7600 |
| 5 | E-mail Address: kim.west@clydeco.us  / alec.boyd@clydeco.us |
| 6 | Attorneys for Plaintiff Texas Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| TEXAS INSURANCE COMPANY, a corp<br><br>Plaintiff,<br><br>vs.<br><br>FAIRFIELD GREAT OAKS, LP,<br>FAIRFIELD DEVELOPMENT, LP, and<br>FAIRFIELD RESIDENTIAL COMPANY, LLC.,<br><br>Defendant. | Case Number: 3:24-cv-03496-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF**<br>*[check one]*<br><br>☒ **THIS ENTIRE CASE**<br><br>☐ **ONLY DEFENDANT** *[name]*<br><br><br>Hon. Jacqueline Scott Corley |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant *[name]* _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: August 27, 2024    Sign Name: *[signature]*

Print Name: Kim W. West

---

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:24-cv-03496-JSC                                    *[JDC TEMPLATE]*

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** TEXAS INSURANCE COMPANY, a corp. v. FAIRFIELD GREAT OAKS, LP, et al.

2. **Case Number:** 3:24-cv-03496-JSC

3. **What documents were served?**

   Notice of Voluntary Dismissal

4. **How was the document served?** *[check one]*

   [X] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Cheryl Kozdrey

   Saxe Doernberger & Vita, P.C.

   One BetterWorld Circle, Ste 300

   Temecula, CA 92590

   Email: CKozdrey@sdvlaw.com

6. **When were the documents sent?** August 27, 2024

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signed] Gale L. Matteson*

   Name: Gale L. Matteson

   Address: CLYDE & CO US LLP

   355 S. Grand Avenue, 1400, Los Angeles 90071

CERTIFICATE OF SERVICE *[JDC TEMPLATE Rev. 05/2017]*